**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

Chapter:       13
Case No:       1733931DRJ

In re:         ARICK RYAN RUSSELL


Account Number: 1518

## WITHDRAWAL OF PROOF OF CLAIM

COMES NOW, Portfolio Recovery Associates, LLC by PRA Receivables Management, LLC agent. Pursuant to the Federal Rule of Bankruptcy Procedure 3006, withdraws its proof(s) of claim 8 filed on or about 10/11/2017 in the amount of $396.62 .

On this 10/11/2017.


By:   /s/ Daquan Hatcher
      Daquan Hatcher, Bankruptcy Representative
      PRA Receivables Management, LLC.
      POB 41067
      Norfolk, VA 23541
      E-mail: Bankruptcy_Info@portfoliorecovery.com