**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**



| | | |
|---|---|---|
| In Re: | Arick Ryan Russell<br>Debtor | Case No.: 17–33931<br>Chapter: 13 |

ENTERED
02/20/2018

**ORDER RESETTING MOTION TO DISMISS**

1. The chapter 13 trustee's motion to dismiss is continued until 3/20/18 at 10:00 AM.

Signed and Entered on Docket: 2/20/18.

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE